IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAFTR INC. n/k/a SVELLA FINANCIAL CORP. | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 21-CV-02177-WB |
| v. | : : | |
| KEVIN JAMESON LAWRENCE, ESQUIRE; BVFR & ASSOCIATES, LLC; JOHN KIRK, ESQUIRE; and KIRK LAW PLLC | : : : : : | |
| Defendants. | : : | |

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
KEVIN JAMESON LAWRENCE, ESQUIRE, AND BVFR & ASSOCIATES,
LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

**To the Clerk of the United States District Court for the Eastern District of Pennsylvania**:

As provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Zaftr Inc. ("Plaintiff"), by and through its undersigned counsel, requests that the Clerk enter the default of Defendants Kevin Jameson Lawrence, Esquire and BVFR & Associates, LLC ("Defendants Lawrence and BVFR") for failure to plead or otherwise defend against this action in a timely manner.

1. This matter was initiated on May 12, 2021 via the filing of the Complaint (Docket No. 1) attached hereto as Exhibit A.

2. On May 13, 2021, this Court issued the Summons attached hereto as Exhibit B.

3. As evidenced by the affidavits of service on file with this Court (Docket Nos. 6 and 7), attached hereto as Exhibit C, Defendants Lawrence and BVFR were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 2, 2021, via personal service.

4. The applicable time limit for Defendants Lawrence and BVFR to appear or otherwise respond to this action expired on June 23, 2021.

5. This Application for Entry of Default is based on the attached Declaration of Lewis W. Schlossberg, Esquire, which is attached hereto as Exhibit D.

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 24, 2021

By: *s/ Lewis W. Schlossberg*
Joseph G. Poluka (Pa. ID No. 42035)
Lewis W. Schlossberg (Pa. ID No. 91773)
Taylor K. Lake (Pa. ID No. 323120)
Blank Rome LLP
One Logan Square
130 N. 18th St.
Philadelphia, PA  19103
(215) 569-5500
*Attorneys for Plaintiff
Zaftr Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2021, a copy of the foregoing Application for Entry of Default Against Defendants Kevin Jameson Lawrence, Esquire, and BVFR & Associates, LLC, was served via first-class mail, postage prepaid, upon the following:

Seth L. Laver, Esquire
Kristen J. Coleman, Esquire
GOLDBERG SEGALLA LLP
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907
*Counsel for Defendants*
*John Kirk, Esquire, and Kirk Law PLLC*

Kevin Jameson Lawrence, Esquire
10538 Jason Lane
Columbia, MD 21044

BVFR & Associates, LLC
10538 Jason Lane
Columbia, MD 21044

*s/ Lewis W. Schlossberg*
LEWIS W. SCHLOSSBERG