IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC., **Plaintiff,** v. KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC, **Defendants.** | CIVIL ACTION NO. 21-2177 |

### O R D E R

**AND NOW**, this 19th day of October, 2021, upon consideration of Defendant Kirk and Defendant Kirk Law PLLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 17) and Plaintiff's Response thereto (ECF No. 23) and Defendants' Reply (ECF No. 27), and of Defendant Lawrence and Defendant BVFR & Associates, LLC's Motion for Judgment on the Pleadings (ECF No. 26) and Plaintiff's Response thereto (ECF No. 28) and Defendants' Reply (ECF No. 29), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED** as to Count VIII of the Complaint, and **DENIED** as to Counts III, IV, and V of the Complaint, and that Defendants' Motion for Judgment on the Pleadings is **GRANTED** as to Count VIII of the Complaint, and **DENIED** as to Counts III, IV, V, and VI of the Complaint, and that Count VIII of the Complaint is **DISMISSED WITHOUT PREJUDICE,** with leave to amend.

BY THE COURT:

/s/ Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**