**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZAFTR INC. n/k/a SVELLA FINANCIAL CORP.**<br>2500, 500 4 Avenue Southwest,<br>Calgary, Alberta, Canada<br><br>     Plaintiff,<br><br>    v.<br><br>**KEVIN JAMESON LAWRENCE, ESQUIRE**<br>2023 N. 2nd St., Suite 301<br>Harrisburg, PA 17102<br><br>**BVFR & ASSOCIATES, LLC**<br>2023 N. 2nd St., Suite 301<br>Harrisburg, PA 17102<br><br>**JOHN KIRK, ESQUIRE**<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br><br>**KIRK LAW PLLC**<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br><br>     Defendants. | **CIVIL ACTION No. 2:21-cv-02177-WB** |

---

## STIPULATION EXTENDING SCHEDULING ORDER DATES

It is hereby stipulated and agreed by and between undersigned counsel for Plaintiff, Zaftr, Inc. n/k/a Svella Financial Corp., Defendants, Kevin Jameson Lawrence, Esquire and BVFR & Associates, LLC, and Defendants John Kirk, Esquire and Kirk Law PLLC, that, subject to the Court's approval, the parties have agreed to the modification of the dates set forth in the Court's Scheduling Order dated August 5, 2021 [ECF No. 25] (the "Order") as follows:

1. All fact discovery shall be completed by **January 7, 2022**.

2. Any expert reports are due no later than **January 21, 2022**. If an expert report is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such report on counsel for every other party no later than **February 4, 2022**.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses, serve opposing parties with details and/or documents covering the lay opinions of the Rule 701 witnesses.

4. Any discovery depositions of expert witnesses shall be completed by **February 18, 2022**.

5. Any motions for summary judgment and/or *Daubert* motions shall be filed and served on or before **March 4, 2022**. If the parties do not plan on filing summary judgment and/or *Daubert* motions, they shall so report to the Court (Chambers, Room 10614) on or before **March 4, 2022**.

6. Except as set forth above, all other terms of the Court's Order shall remain in full force and effect.

By:/s/ *Lewis W. Schlossberg*
    Joseph G. Poluka, Esq.
    Lewis W. Schlossberg, Esq.
    Taylor K. Lake, Esq.
    Blank Rome LLP
    One Logan Square
    130 N. 18th Street
    Philadelphia, PA 19103

    *Attorneys for Plaintiff*

By:/s/ *Gabriel V. Celii*
    Joseph M. Armstrong, Esq.
    Gabriel V. Celii, Esq.
    Offit Kurman, P.C.
    1901 Market Street, Suite 2300
    Philadelphia, PA 19103
        -and-
    Jason A. Nagi, Esq. (*pro hac vice*)
    590 Madison Avenue, 6th Floor
    New York, NY 10022

    *Attorneys for Defendants Kevin Jameson*
    *Lawrence, Esquire and BVFR &*
    *Associates, LLC*

By:/s/ Kristen J. Coleman
    Seth L. Laver, Esq.
    Kristen J. Coleman, Esq.
    Goldberg Segalla LLP
    1700 Market Street, Suite 1418
    Philadelphia, PA 19103

    *Attorneys for Defendants John Kirk,*
    *Esquire and Kirk Law PLLC*

Dated: November 17, 2021

**SO ORDERED:**

 **/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**