IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAFTR INC. n/k/a SVELLA FINANCIAL CORP. | : : : | CIVIL ACTION |
| | : : | NO. 21-2177 |
| Plaintiff, v. | : : : | JURY TRIAL DEMANDED |
| | : : | |
| KEVIN JAMESON LAWRENCE, ESQUIRE; BVFR & ASSOCIATES, LLC; JOHN KIRK, ESQUIRE AND KIRK LAW PLLC | : : : : | ORAL ARGUMENT REQUESTED |
| Defendants. | : : : : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AS TO COUNT I OF THE COMPLAINT**

Plaintiff Zaftr Inc. ("Zaftr" or "Plaintiff"), by and through its undersigned counsel, hereby moves for summary judgment as to Count I of the Complaint for breach of contract against Defendants BVFR & Associates, LLC and Kevin Jameson Lawrence, Esquire (the "Lawrence Defendants"), and Defendants John Kirk, Esquire and Kirk Law PLLC (the "Kirk Defendants"). As set forth more fully in the accompanying Memorandum of Law and Plaintiff's Statement of Undisputed Material Facts, the Lawrence Defendants breached the parties' ID Verification Agreement to verify the identity of the Bitcoin Seller for the parties' transactions by doing so through a fraudulent passport. Further, as set forth more fully in the accompanying Memorandum of Law and Plaintiff's Statement of Undisputed Material Facts, Defendants breached the Purchase Agreement, the Escrow Agreement and the BVFR Side Letter Agreement by releasing a portion of Zaftr's purchase funds to the Bitcoin Seller before any Bitcoin was delivered to Zaftr, and by

1

failing to return almost all of Zaftr's purchase funds after Zaftr paid for Bitcoin that it never received.

WHEREFORE, Plaintiff respectfully requests that summary judgment be entered in favor of Plaintiff and against Defendants as to Count I of the Complaint.

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 17, 2022                    By: */s/ Lewis W. Schlossberg*
Joseph G. Poluka (Pa. ID No. 42035)
Lewis W. Schlossberg (Pa. ID No. 91773)
Taylor K. Lake (Pa. ID No. 323120)
Blank Rome LLP
One Logan Square
130 N. 18th St.
Philadelphia, PA  19103
(215) 569-5500
*Attorneys for Plaintiff Zaftr Inc.*