IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAFTR INC. n/k/a SVELLA FINANCIAL CORP. | : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 21-2177 |
| Plaintiff, | | |
| v. | | |
| KEVIN JAMESON LAWRENCE, ESQUIRE; BVFR & ASSOCIATES, LLC; JOHN KIRK, ESQUIRE AND KIRK LAW PLLC | | |
| Defendants. | | |

**INDEX OF JOINT APPENDIX OF EXHIBITS
TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

1

# INDEX

                                                                                                **Page**

**Exhibits**

1. Deposition of Nathaniel M. Montgomery (2/18/2022) .................................. MSJ-APP-00001

2. Deposition of John Kirk (2/16/2022) ............................................................. MSJ-APP-00361

3. Deposition of Kevin Jameson Lawrence (2/17/2022) .................................... MSJ-APP-00793

4. John Kirk LinkedIn (Dep. Ex. 1) .................................................................... MSJ-APP-01246

5. E-Mail Re: Service in Zaftr Inc. v. Lawrence et al. (Dep. Ex. 2) .................. MSJ-APP-01250

6. Complaint (Dep. Ex. 3) ................................................................................... MSJ-APP-01253

7. Purchase Agreement (Dep. Ex. 4) .................................................................. MSJ-APP-01333

8. Escrow Agreement (Dep. Ex. 5) .................................................................... MSJ-APP-01340

9. BVFR Side Letter Agreement (Dep. Ex. 6) ................................................... MSJ-APP-01347

10. ID Verification Agreement (Dep. Ex. 7) ...................................................... MSJ-APP-01352

11. Second Escrow Agreement (Dep. Ex. 8) ...................................................... MSJ-APP-01356

12. Addendum to Second Escrow Agreement (Dep. Ex. 9) ............................... MSJ-APP-01364

13. Answer to Complaint with Affirmative Defenses of Defendants John Kirk, Esquire and Kirk Law PLLC (Dep. Ex. 10) .................................................. MSJ-APP-01370

14. Answers and Objections of Defendants John Kirk, Esquire and Kirk Law PLLC to Plaintiff's First set of Interrogatories (Dep. Ex. 11) ....................... MSJ-APP-01393

15. E-Mail Exchange Re: BTC Agreement Follow-Up (Dep. Ex. 12) ............... MSJ-APP-01404

16. E-Mail Exchange Re: Executed BTC Agreement and Administration Agreement (Dep. Ex. 13) ................................................................................ MSJ-APP-01413

17. E-Mail Re: Signature Request for Limited Agency Agreement ID Verification Form (Dep. Ex. 14) ................................................................... MSJ-APP-01418

18. E-Mail Exchange Re: Zaftr KYC Documents (Dep. Ex. 15) ....................... MSJ-APP-01420

19. E-Mail Exchange Re: Team Members for the collaboration of our Project Financing (Dep. Ex. 16) ................................................................................ MSJ-APP-01423

20. Veritas Fraud Report (Dep. Ex. 17) ............................................................. MSJ-APP-01425

21. Jumio Passport Fail (Dep. Ex. 18) ............................................................... MSJ-APP-01438

22. Attorney Status for Kevin J. Lawrence (Dep. Ex. 19) ................................. MSJ-APP-01440

23. E-Mail Re: BTC Agreement Follow-up (Dep. Ex. 20) ................................ MSJ-APP-01443

24. BVFR & Associates, LLC Pennsylvania Department of State Listing (Dep. Ex. 21) ........................................................................................................ MSJ-APP-01444

25. BVFR & Associates LinkedIn Page (Dep. Ex. 22) ...................................... MSJ-APP-01446

26. BVFR & Associates Maryland.gov Listing (Dep. Ex. 23) .......................... MSJ-APP-01450

27. Maryland Department of Assessments and Taxation Definitions (Dep. Ex. 24) ............................................................................................................. MSJ-APP-01455

28. Defendants Kevin Jameson Lawrence and BVFR & Associates, LLC's Responses to Plaintiff's Interrogatories (Dep. Ex. 25) ................................. MSJ-APP-01458

29. E-Mail Re: Zaftr/Bulk Bitcoin Trader - Return of Funds (Dep. Ex. 26) ....... MSJ-APP-01467

30. Sheriff's Return of Service for Kevin Jameson Lawrence and BVFR & Associates, LLC (Dep. Ex. 27) ....................................................................... MSJ-APP-01468

31. Insurances Declarations Page (Dep. Ex. 28) ............................................... MSJ-APP-01470

32. E-Mail Re: Zaftr Comments on Escrow and BTC Agreement (Dep. Ex. 29) ............................................................................................................... MSJ-APP-01471

33. Lawrence Defendants' Answer With Affirmative Defenses to Plaintiff's Complaint (Dep. Ex. 30) ................................................................................ MSJ-APP-01475

34. WhatsApp Messages of Parties, Bates Nos. ZAFTR005403- ZAFTR005501 (Dep. Ex. 31) ................................................................................................. MSJ-APP-01509

35. E-Mail Re: Completed: "UPDATED Zaftr - Limited Agency Agreement - ID Verification Form (BVFR)" (Dep. Ex. 32) .............................................. MSJ-APP-01608

36. WhatsApp Messages History, Top Message Dated 8/17/2020, Bates Nos. BVFR0248-328 (Montgomery Dep. Ex. 22) ................................................. MSJ-APP-01609

37. Letter re: Disbursement Record for BVFR Contract 09222020343BVFR197568 Tranche 2 (Ex. Lawrence 1) ............................ MSJ-APP-01690

38. Zaftr's Responses to Kirk Defendants' Interrogatories ............................... MSJ-APP-01692

39. Zaftr's Responses to Kirk Defendants' Requests for Production ................ MSJ-APP-01722

40. Zaftr's Responses to Lawrence Defendants' Interrogatories ........................ MSJ-APP-01734

41. Zaftr's Responses to Lawrence Defendants' Requests for Production ......... MSJ-APP-01760

42. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (10/21/2020) ............................................................................... MSJ-APP-01777

43. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (10/18/2020) ............................................................................... MSJ-APP-01782

44. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (10/19/2020) ............................................................................... MSJ-APP-01786

45. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (11/8/2020) ................................................................................. MSJ-APP-01788

46. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (11/5/2020) ................................................................................. MSJ-APP-01806

47. E-Mail Re: Assurance Agreement for delivery of Units upon BANK receipt of funds (11/9/2020) ................................................................................. MSJ-APP-01811

48. WhatsApp Messages History, Top Message Dated 8/25/2020, Bates Nos. BVFR0156-160 .................................................................................... MSJ-APP-01817

49. Trulioo Report (Montgomery Dep. Ex. 3) .................................................... MSJ-APP-01822

50. Second Purchase Agreement (Montgomery Dep. Ex. 12) ............................ MSJ-APP-01850

51. Bank Statements ........................................................................................... MSJ-APP-01858

52. Order of the High Court of the Republic of Singapore (Montgomery Dep. Ex. 19) .......................................................................................................... MSJ-APP-01870

53. Chase Fraud Alert ........................................................................................ MSJ-APP-01872

54. Expert Report of Gavin P. Lentz, Esq. .......................................................... MSJ-APP-01874

55. Nathan Montgomery LinkedIn (Montgomery Dep. Ex. 1) ............................ MSJ-APP-01894

56. Corporate Registration Documents of Bulk Bitcoin Trader, Ltd. ................. MSJ-APP-01900

57. Affidavit of Tanya Lee Desborough re: Veritas Fraud Report ..................... MSJ-APP-01929

58. WhatsApp Messages of Parties, Bates Nos. ZAFTR005664-ZAFTR005665 ................................................................................................ MSJ-APP-01945