

Kristen J. Coleman  |  Associate
Direct 267.519.6824  |  kcoleman@goldbergsegalla.com

June 17, 2022

**VIA CM/ECF**
Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Zaftr, Inc. d/b/a Svella Corp v. Kevin Jameson Lawrence, Esquire, et al.
             Civil Action No. 2:21-cv-02177-WB

Dear Judge Beetlestone:

    We represent Defendants John Kirk, Esquire and Kirk Law PLLC in the above-referenced matter. Pursuant to Local Rule 7.1(f), Defendants John Kirk, Esquire and Kirk Law PLLC hereby request oral argument for their Motion for Summary Judgment filed earlier today (ECF No. 41).

    We thank the Court in advance for any consideration this request.

                      Very truly yours,

                      */s/ Kristen J. Coleman*
                      Kristen J. Coleman

KJC
Enclosure
cc (via email):  Joseph G. Poluka, Esq.
                   Lewis W. Schlossberg, Esq.
                   Gabriel V. Celii, Esq.
                   Jason A. Nagi, Esq.