IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC. n/k/a SVELLA FINANCIAL CORP. | : <br> : CIVIL ACTION <br> : <br> : NO. 21-2177 |
| Plaintiff, | : |
| v. | : |
| KEVIN JAMESON LAWRENCE, ESQUIRE; BVFR & ASSOCIATES, LLC; JOHN KIRK, ESQUIRE AND KIRK LAW PLLC | : |
| Defendants. | : |

**ORDER**

AND NOW, this 28th day of June, 2022, upon consideration of the Joint Motion of Plaintiff Zaftr Inc. ("Zaftr"), Defendant BVFR & Associates, LLC, and Kevin Jameson Lawrence, Esquire (the "Lawrence Defendants"), and Defendants John Kirk, Esquire and Kirk Law PLLC (the "Kirk Defendants"), to Establish a Briefing Schedule with regard to: (i) Plaintiff's Motion to Preclude the Report and Testimony of Gavin P. Lentz, Esquire [ECF No. 37]; (ii) Plaintiff's Motion for Summary Judgment as to Count I of the Complaint [ECF No. 38]; (iii) the Lawrence Defendants' Motion for Summary Judgment [ECF No. 40]; and (iv) the Kirk Defendants' Motion for Summary Judgment [ECF No. 41] (collectively, "the Parties' Pending Motions"), it is hereby ORDERED that the Motion is GRANTED and the Parties' Pending Motions shall be further briefed and responded to as follows:

- All responses and briefs in opposition to: (i) Plaintiff's Motion to Preclude the Report and Testimony of Gavin P. Lentz, Esquire [ECF No. 37]; (ii) Plaintiff's Motion for

1

- Summary Judgment as to Count I of the Complaint [ECF No. 38]; (iii) the Lawrence Defendants' Motion for Summary Judgment [ECF No. 40]; and (iv) the Kirk Defendants' Motion for Summary Judgment [ECF No. 41], shall be filed and served on or before **July 29, 2022**.

- Any replies and briefs in further support of: (i) Plaintiff's Motion to Preclude the Report and Testimony of Gavin P. Lentz, Esquire [ECF No. 37]; (ii) Plaintiff's Motion for Summary Judgment as to Count I of the Complaint [ECF No. 38]; (iii) the Lawrence Defendants' Motion for Summary Judgment [ECF No. 40]; and (iv) the Kirk Defendants' Motion for Summary Judgment [ECF No. 41], shall be filed and served on or before **August 12, 2022**.

- Except as set forth above, all other terms of the Court's prior scheduling orders shall remain in full force and effect.

BY THE COURT:

/s/ Wendy Beetlestone, J.
**WENDY BEETLESTONE, J.**