# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC.,<br>**Plaintiff,**<br><br>v.<br><br>**KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC,**<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  21-2177 |

## ORDER

**AND NOW**, this 23rd day of August, 2023, following a hearing regarding Plaintiff's Motion for Default Judgment (ECF No. 72), **IT IS HEREBY ORDERED** that default judgment is granted against Defendants Kevin Jameson Lawrence and BVFR & Associates, LLC in the amount of **$904,473.25**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**