IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAFTR INC. n/k/a SVELLA FINANCIAL CORP.**<br>2500, 500 4 Avenue Southwest,<br>Calgary, Alberta, Canada<br><br>Plaintiff,<br><br>v.<br><br>**KEVIN JAMESON LAWRENCE, ESQUIRE**<br>2023 N. 2nd St., Suite 301<br>Harrisburg, PA 17102<br><br>**BVFR & ASSOCIATES, LLC**<br>2023 N. 2nd St., Suite 301<br>Harrisburg, PA 17102<br><br>**JOHN KIRK, ESQUIRE**<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br><br>**KIRK LAW PLLC**<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br><br>Defendants. | **CIVIL ACTION No. 2:21-cv-02177-WB**<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby **WITHDRAWS** as counsel for

Defendants John Kirk, Esq. and Kirk Law PLLC ("Kirk Defendants").

 

**GOLDBERG SEGALLA, LLP**

Dated: September 11, 2023        */s/ Kristen Coleman*
Kristen J. Coleman, Esq. (PA ID #321832)
**GOLDBERG SEGALLA, LLP**
1700 Market Street-Suite 1418
Philadelphia, PA 19103-3907
kcoleman@goldbergsegalla.com

37650140.v1

## CERTIFICATE OF SERVICE

      The undersigned hereby states that a true and correct copy of the foregoing Withdrawal of Appearance was served electronically upon all counsel of record on the date set forth below.

|  |  |
|---|---|
|  | **GOLDBERG SEGALLA, LLP** |
| Dated: September 11, 2023 | */s/ Kristen Coleman* |
|  | Kristen J. Coleman, Esq. (PA ID #321832) |
|  | **GOLDBERG SEGALLA, LLP** |
|  | 1700 Market Street-Suite 1418 |
|  | Philadelphia, PA 19103-3907 |

37650140.v1