IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAFTR INC.,**<br>**Plaintiff,**<br><br>v.<br><br>**KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC,**<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 21-2177 |

## ORDER

**AND NOW**, this 7th day of November , 2023, upon consideration of a letter request to postpone Trial and schedule a Settlement Conference [ECF#80] **IT IS HEREBY ORDERED** that said letter request is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**