IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC., <br>                 **Plaintiff,** <br><br> v. <br><br> KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC , <br>                 **Defendants.** | CIVIL ACTION <br><br><br><br> NO. 21-2177 |

**ORDER**

**AND NOW**, this 24th day of November, 2023, upon consideration of Defendants' motions *in limine* (ECF Nos. 86, 87, 88, 89, 90), and all responses thereto (ECF Nos. 93, 94, 95, 96, 97, 98), it is **HEREBY ORDERED** that:

1. Defendant's Motion *In Limine* Regarding Breach-of-Contract Issues in Dispute (ECF No. 86) is **DENIED**.

2. Defendant's Motion *In Limine* to Preclude Plaintiff's Claim for Punitive Damages (ECF No. 88) is **DENIED**.

3. Defendant's Motion *In Limine* Regarding Issues in Dispute (ECF No. 89) is **DENIED**.

4. Plaintiff's Motion for Directed Verdict Against Defendant Kirk Law as to Count I of the Complaint for Breach of the First Addendum (ECF No. 92) is **DENIED**.[1]

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

---

[1] The Court will take under advisement Defendants' Motions *In Limine* to Preclude Evidence of Attorney's Fees (ECF No. 87) and to Preclude Speculative Damages and Monies Already Recovered (ECF No. 90). The parties should prepare to argue these motions during the pretrial conference scheduled for Monday, November 27, at 10:00.