IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC., <br>     **Plaintiff,** <br><br> v. <br><br> KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC , <br>     **Defendants.** | CIVIL ACTION <br><br><br> NO.  21-2177 |

### ORDER

  **AND NOW**, this 27th day of November, 2023, upon consideration of Defendants' Motions *In Limine* to Preclude Evidence of Attorney's Fees (ECF No. 87) and to Preclude Speculative Damages and Monies Already Recovered (ECF No. 90), and all responses thereto, it is **HEREBY ORDERED** that Defendants' motions *in limine* are **DENIED WITHOUT PREJUDICE.**

                    **BY THE COURT:**

                    /s/Wendy Beetlestone, J.

                    **WENDY BEETLESTONE, J.**