# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC., <br>     **Plaintiff,** <br><br> v. <br><br> KEVIN JAMESON LAWRENCE, BVFR & ASSOCIATES, LLC, JOHN KIRK, AND KIRK LAW PLLC , <br>     **Defendants.** | CIVIL ACTION <br><br><br> NO.  21-2177 |

## ORDER

  **AND NOW**, this 27th day of November, 2023, on the understanding that Plaintiff and Defendants John Kirk and Kirk Law PLLC have reached a settlement agreement, it is **HEREBY ORDERED** that the case is stayed for 90 days until February 25, 2024, by which point the parties shall file a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).

                  **BY THE COURT:**

                  /s/Wendy Beetlestone, J.

                  _____

                  **WENDY BEETLESTONE, J.**