# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFTR INC N/K/A SVELLA FINANCIAL GROUP<br><br>Plaintiff(s)<br><br>v.<br><br>KEVIN JAMESON LAWRENCE, ESQUIRE, BVFR & ASSOCIATES, LLC, JOHN KIRK, ESQUIRE AND KIRK LAW PLLC<br><br>Defendant(s) | CIVIL ACTION<br><br>NO. 2:21-cv-02177 |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK:

The undersigned attorneys hereby consent to the substitution of John Kirk, Esquire of Kirk Law PLLC, as attorneys for John Kirk, Esquire and Kirk Law PLLC, in the above referenced matter.

**KIRK LAW PLLC**  
*SUPERSEDING ATTORNEYS*

By: /s/ John Kirk  
John Kirk  
225 Wilmington-West Chester Pike  
Suite 200  
Chadds Ford, PA  19317

Attorneys for Defendant(s), JOHN KIRK, ESQUIRE AND KIRK LAW PLLC

**GOLDBERG SEGALLA LLP**  
*WITHDRAWING ATTORNEYS*

By: /s/ Seth L. Laver  
Seth L. Laver, #94518  
Daniel S. Strict, #88381  
1700 Market Street, Suite 1418  
Philadelphia, PA 19103-3907  
Telephone:  267-519-6800

Attorneys for Defendant(s), JOHN KIRK, ESQUIRE AND KIRK LAW PLLC

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I, Seth L. Laver, hereby certify that the foregoing Substitution of Counsel was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF System, and served on all parties via electronic filing on this date:

**GOLDBERG SEGALLA LLP**

By: /s/ *Seth L. Laver*
Seth L. Laver, #94518
Daniel S. Strict, #88381
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907
Telephone: 267-519-6800

Attorneys for Defendant(s), JOHN KIRK, ESQUIRE AND KIRK LAW PLLC

**Error! Unknown document property name.**