**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZAFTR INC.,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **KEVIN JAMESON LAWRENCE, BVFR** | **NO.  21-2177** |
| **& ASSOCIATES, LLC, JOHN KIRK,** | |
| **AND KIRK LAW PLLC ,** | |
| **Defendants.** | |

**ORDER**

AND NOW, this 27th day of August, 2024, upon consideration of the Motion to Seal by

Defendants John Kirk and Kirk Law PLLC (ECF No. 108), it is **HEREBY ORDERED** that the

Motion is **DENIED**.

BY THE COURT:


/S/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**