IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAFTR, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 2:21-cv-2177- WB |
| | : | Judge Wendy Beetlestone |
| KEVIN JAMESON LAWRENCE and | : | |
| BVFR & ASSOCIATES, LLC, | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Adjourn the Hearing currently scheduled for September 24, 2024 at 10:00 am on Plaintiff's Motion to Compel Discovery in Aid of Execution, it is hereby ORDERED as follows:

A. The Motion is GRANTED.

B. The hearing is rescheduled to _____, 2024 at \_\_\_\_\_ m in Courtroom 10A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106

Date:_____

WENDY BEETLESTONE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZAFTR, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 2:21-cv-2177- WB |
| | : | Judge Wendy Beetlestone |
| KEVIN JAMESON LAWRENCE and | : | |
| BVFR & ASSOCIATES, LLC, | : | |
| Defendants. | : | |

### MOTION TO ADJOURN HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY IN AID OF EXECUTION

COMES NOW Plaintiff Zaftr, Inc. by and through its counsel, Lee M. Herman, Esquire, and moves the court to adjourn the hearing scheduled in this matter currently scheduled for September 24, 2024 at 10:00 am, and in support states as follows:

1. On August 23, 2023 the Court entered Judgment against Defendants in the amount of $904,473.24. [ECF No. 74]

2. On August 18, 2024, the undersigned filed a Motion to Compel Discovery in Aid of Execution [ECF No. 113].

3. On August 19, 2024, the Court scheduled a Motion Hearing on Plaintiff's Motion to Compel Discovery for September 24, 2024 at 10:00 am in Courtroom 10.

4. The undersigned counsel was previously scheduled to attend a hearing and/or status conference on September 24, 2024 at 10:00 am in Courtroom 602, City Hall, Philadelphia, before Hon. Joshua Roberts in the matter of Cooper vs. Williams, *et. al*., Court of Common Pleas of Philadelphia County, docket 230200829.

5. The undersigned counsel anticipates that the previously scheduled court listing will be completed by noon on September 24, 2024.

WHEREFORE, Plaintiff Zaftr, Inc. respectfully requests that the Honorable Court reschedule the hearing on its Motion to Compel Post Judgment Discovery to a time later in day on September 24, 2024, or such other time as is convenient to the Court's schedule.

Dated: August 28, 2024.                    Respectfully submitted,

*Lee M. Herman*
Lee M. Herman
280 N. Providence Road, Suite 4
Media, PA 19063
(610) 891-6500
lmh@lmhlaw.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I will serve on the 29th day of August 2024 a true and correct copy of the foregoing document via this Court's electronic filing system upon all counsel of record and that a copy will be sent by United States Mail, first class, prepaid to:

>Kevin J. Lawrence, Esquire
>15038 Jason Lane
>Columbia, Maryland 21044-2212
>
>BVFR & Associates, LLC
>2023 North Second Street, Suite 301
>Harrisburg, Pennsylvania 17102

*Lee M. Herman*
Lee M. Herman, Esquire